ORIGINAL

FILED

JUN - 1 2001

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

ENTERED

JUN - 4 2001

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

1  ANDREW K. ALPER (State Bar No. 88876)
   FRANDZEL ROBINS BLOOM & CSATO, L.C.
2  6500 Wilshire Boulevard
   17th Floor
3  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
4  Facsimile: (323) 651-2577

5  Attorneys for COMMERCE SECURITY BANK,
   a branch of ELDORADO BANK

6

7

8

9

10

11

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

12  In re                              ) Bk No. SV 00-18300 AG
                                       )
13  MICHAEL B. KAMIEL and WENDY F.     ) [Chapter 7]
    KAMIEL,                            )
14                                     ) Adv. No. AD 00-01666 AG
         Debtors.                      )
15  _____) **JUDGMENT FOR
                                       ) NONDISCHARGEABILITY IN FAVOR
16                                     ) OF COMMERCE SECURITY BANK, a
    COMMERCE SECURITY BANK, a branch ) branch of ELDORADO BANK AND
17  of ELDORADO BANK                   ) AGAINST MICHAEL B. KAMIEL aka
                                       ) MICHAEL B. KAMIEL, M.D., aka
18          Plaintiff,                 ) DR. MICHAEL B. KAMIEL PURSUANT
                                       ) TO 11 U.S.C. SECTION
19       vs.                           ) 523(a)(2)(A)**
                                       )
20                                     )
    MICHAEL B. KAMIEL aka MICHAEL B. )
21  KAMIEL, M.D., aka DR. MICHAEL B. )
    KAMIEL,                            )
22                                     )
            Defendant.                 )
23                                     )
    _____)
24

25       Upon reading the Stipulation for Entry of Judgment for

26  Nondischargeability in Favor of COMMERCE SECURITY BANK, a branch

27  of ELDORADO BANK, and against MICHAEL B. KAMIEL aka MICHAEL B.

28  KAMIEL, M.D., aka DR. MICHAEL B. KAMIEL pursuant to 11 U.S.C.,

-1-

31205-031                  **JUDGMENT FOR NONDISCHARGEABILITY**
250648.1

DOCUMENT PREPARED ON RECYCLED

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1  Section 523(a)(2)(A) and to Set Aside Entry of Default and good

2  cause appearing,

3

4       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

5

6       1.   Judgment for Nondischargeability shall be entered in

7  favor of COMMERCE SECURITY BANK, a branch of ELDORADO BANK, and

8  against MICHAEL B. KAMIEL aka MICHAEL B. KAMIEL, M.D., aka DR.

9  MICHAEL B. KAMIEL in the sum of $48,989.80;

10

11      2.   The Judgment for Nondischargeability is entered in

12  accordance with 11 U.S.C., Section 523(a)(2)(A);

13

14      3.   That the parties waive their right to appeal from this

15  Judgment and also waive their right to have any Findings of Fact

16  and Conclusions of Law; and

17

18      4.   That the default previously entered in this case on

19  January 19, 2001, be set aside for the purpose of filing the

20  Stipulation for Entry of Judgment, and entering this Judgment.

21

22  Dated:  6/1/01

        ARTHUR M. GREENWALD
23      United States Bankruptcy Judge

24

25

26

27

28

-2-

JUDGMENT FOR NONDISCHARGEABILITY

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re | CHAPTER 7 |
|---|---|
| MICAHEL B. KAMIEL and WENDY F. KAMIEL,<br><br>Debtor. | CASE NUMBER: SV00-18300AG |

AD00-01666AG

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
    JUDGMENT FOR NONDISCHARGEABILITY IN FAVOR OF COMMERCE SECURITY BANK, a branch of ELDORADO BANK AND AGAINST MICHAEL B. KAMIEL aka MICHAEL B. KAMIEL, M.D., aka DR. MICHAEL B. KAMIEL PURSUANT TO 11 U.S.C. SECTION 523(a)(2)(A)

    was entered on *(specify date)*:      JUN - 4 2001

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

    JUN - 4 2001

Dated:      JUN - 4 2001

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _Rudy De Ja Torre_
**Deputy Clerk**

## SERVICE LIST

<u>Debtors</u>
Michael B. Kamiel aka
Michael B. Kamiel, M.D., Inc.
4324 Louise Avenue
Encino, CA 91316-3916

Wendy F. Kamiel
4324 Louise Avenue
Encino, CA 91316-3916

<u>Counsel for Debtors</u>
Byron Z. Moldo
Dressler Rein Evans & Sestanovich
1925 Century Park East, 16th Floor
Los Angeles, CA 90067

<u>Counsel for Commerce Security Bank</u>
Andrew K. Alper, Esq.
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Floor
Post Office Box 48932
Los Angeles, CA 90048-4920

<u>Chapter 7 Trustee</u>
David K. Gottlieb
Siegel, Gottlieb & Mangel, LLP
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

<u>Office of the U.S. Trustee</u>
Office of the U.S. Trustee
221 N. Figueroa Street, Suite 800
Los Angeles, CA 90012